AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| SOUTH CAROLINA COASTAL CONSERVATION LEAGUE,<br><br>*Plaintiff*<br><br>v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS, CHARLESTON DISTRICT; LTC JEFFREY S. PALAZZINI, in his official capacity as Commander of the Charleston District; LTG TODD T. SEMONITE, in his official capacity as Chief of Engineers; MARK T. ESPER, in his official capacity as Secretary of the U.S. Army; UNITED STATES DEPARTMENT OF TRANSPORTATION, FEDERAL HIGHWAY ADMINISTRATION; THOMAS D. EVERETT, in his official capacity as Executive Director of the Federal Highway Administration; UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; ANDREW WHEELER, in his official capacity as Acting Administrator of the U.S. EPA, and CHRISTY HALL, in her official capacity as South Carolina Secretary of Transportation.<br><br>*Defendant* | Civil Action No.   2:17-cv-03412-BHH |

**SUMMARY JUDGMENT IN A CIVIL ACTION**

The court has ordered that*:*

Plaintiff South Carolina Coastal Conservation League's motion for summary judgment is DENIED; Defendants United States Army Corps of Engineers, Charleston District, United States Environmental Protection Agency, and United States Department of Transportation, Federal Highway Administration's cross-motion for summary judgment and Defendant Christy Hall, Secretary of the South Carolina Department of Transportation's cross-motion for summary judgment are GRANTED. This action is DISMISSED.

This action was:

decided by the Honorable Bruce Howe Hendricks, having ruled on Motions and for Summary Judgment.

Date:   September 2, 2021                                        *CLERK OF COURT*

                                                                 s/ Virginia Druce, Deputy Clerk
                                                                 *Signature of Clerk or Deputy Clerk*